USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2025



KEVIN G. FALEY
ANDREA M. ALONSO □
KENNETH E. PITCOFF
PATRICIA E. PERMAKOFF
KEVIN F. MAHON
MICHAEL V. CAMPANILE
LINA C. ROSSILLO
JAMES A. PANNONE □
EDWARD J. HARRINGTON
WILLIAM J. MANNING, JR.
DONNA M. WHITE
MARK A. HEALY
ALLYSON P. LUBELL
GAIL S. KARAN
JENNA L. MASTRODDI □
ELIZABETH A. FILARDI
IRYNA S. KRAUCHANKA
DORIS RIOS DUFFY
JEOUNGSON KIM
CHRISTOPHER R. INVIDIATA
REBECCA J. ROSEDALE □
CRISTINA SOLLER
AMANDA M. ZEFI □
LAWTON W. SQUIRES
ROBERT E. O'CONNOR
ALFRED R. HINTZ
BRIAN T. DEVENEY
EUGENE O. MORENUS
CHRISTOPHER M. ROGERS
DAWN C. FAILLACE-DILLON
JUSTIN E. ANGELINO

101 GREENWICH STREET
NEW YORK, NY 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

NASSAU
1 OLD COUNTRY ROAD
CARLE PLACE, NY 11514

SUFFOLK
ONE HUNTINGTON QUADRANGLE
MELVILLE, NY 11747

WESTCHESTER
445 HAMILTON AVENUE
WHITE PLAINS, NY 10601

GREENE
11 WHISPER CREEK DRIVE
WINDHAM, NY 12496

NEW JERSEY
744 FLOYD STREET
ENGLEWOOD CLIFFS, NJ 07632

GEORGE APRILAKIS
SAMAN ASLAM
ROBERT J. BARD
ALDO CAIRA
LAUREN CASPARIE
SUEY K. CHUNG □
JOAN M. COCHA
JOSH CORTAVARRIA
MICHAEL A. CZOLACZ
ARDINEZ A. DOMGJONI □
VINCENT D. FINNEGAN
FRANK H. FOSTER
LYNN GOLDER
IRA E. GOLDSTEIN
ELIZABETH A. GRIFFIN
MARITANNA ISAKOV
CHARLES M. KERR
JOSE M. LASPRILLA
ROBERT MAROTTA
RORY MCMANUS
EMILY M. MOWER *

GREGORY S. NELSON
BRIAN R. O'CONNOR
ANTHONY PALMIOTTO
TAMAR S. PELTZ
PATRICK PRAGER
TIMOTHY PRYOR
PATRICK REILLY
ROBERT J. REILLY
DANIELLE J. REISS +
RASLEEN K. SAHNI
TATIANA SAMSONOVA-BELLO
YEKATERINA SAPSON □
STEPHEN L. SCHIOPPI
DAVINDERPAL SINGH
GARY M. SUNSHINE
DAVID J. TAMKE
INNA V. TERES
VIKTORIYA UKHOVA
MICHAEL A. VICARIO ^
RAKSHITA WEATHERS ^
ROBERT S. WHITBECK

_____
□ ADMITTED IN NY AND NJ
* ADMITTED IN NJ
^ ADMITTED IN NY AND PA
+ ADMITTED IN NY, NJ AND PA

OF COUNSEL
JOHN J. DUFFY (1925-2023)
MICHAEL B. TITOWSKY

April 3, 2025

**VIA ECF**
Honorable Nelson Stephen Roman
United States District Court Southern District
300 Quarropas Street
White Plains, New York 10601-4150

     Re:    **Darnell R. Hicks v. J. Marques #154, et. al.**
               *Docket No.: 7:24-cv-07890- NSR*

Your Honor:

     We represent the defendants, J. MARQUES #154 and MALFETANO #170, in this matter. We write to request an extension of time to file a joint Case Management Plan and Scheduling Order, from April 7, 2025 to April 21, 2025. This is our first request for such an extension.

     The reason for this request is that this office was recently retained to represent the defendants, and we need additional time to review the file and speak with the ProSe plaintiff.

**MEMO ENDORSED**

**The Court is in receipt of Defendants' request for an extension of time to file a Case Management plan. Defendants' request is GRANTED. Defendants' shall have until April 21, 2025 to file a Case Management plan. The Clerk of Court is directed to terminate the motion at ECF No. 21 and to mail a copy of this endorsement to** *pro se* **Plaintiff at his address as it is listed on ECF and to show service on the docket.**

**Dated: April 4, 2025**
        **White Plains, NY**

SO ORDERED:
*/s/ Nelson S. Román*
NELSON S. ROMÁN
United States District Judge

Thank you for your consideration.

Respectfully submitted,

*Lauren Casparie*

LAUREN CASPARIE, ESQ.

**CC: *All Counsel of record VIA ECF***