

| | | |
|---|---|---|
| KEVIN G. FALEY | SAMAN ASLAM | CHRISTOPHER NAHAS |
| ANDREA M. ALONSO □ | ROBERT J. BARD | GREGORY S. NELSON |
| KENNETH E. PITCOFF | MEGAN K. BERNARDO | BRIAN R. O'CONNOR |
| PATRICIA E. PERMAKOFF | TESLA CARRASQUILLO | MARISSA PADOVANO |
| KEVIN F. MAHON | LAUREN CASPARIE | ANTHONY PALMIOTTO |
| MICHAEL V. CAMPANILE | JOAN M. COCHA □ | TAMAR S. PELTZ |
| LINA C. ROSSILLO | NATALIE CORRISS | PATRICK PRAGER |
| JAMES A. PANNONE □ | JOSH CORTAVARRIA | TIMOTHY PRYOR |
| EDWARD J. HARRINGTON | MICHAEL A. CZOLACZ | ROBERT J. REILLY |
| WILLIAM J. MANNING, JR. | NAOMI DANIELS | DANIELLE J. REISS+ |
| DONNA M. WHITE | ARDINEZ A. DOMGJONI□ | TATIANA SAMSONOVA-BELLO |
| MARK A. HEALY | ARIANNA EFSTATHIOU | YEKATERINA SAPSON □ |
| ALLYSON P. LUBELL | PATRICK FINLEY | STEPHEN L. SCHIOPPI |
| GAIL S. KARAN | VINCENT D. FINNEGAN | DAVINDERPAL SINGH |
| JENNA L. MASTRODDI □ | FRANK H. FOSTER | RICHARD E. STIEK □ |
| ELIZABETH A. FILARDI | IRA E. GOLDSTEIN | GARY M. SUNSHINE |
| IRYNA S. KRAUCHANKA | ELIZABETH A. GRIFFIN | INNA V. TERES |
| DORIS RIOS DUFFY | MICHAEL HARTMAN | VIKTORIYA UKHOVA |
| JEOUNGSON KIM | OLIVIA R. HELLERICH□ | MICHAEL A. VICARIO^ |
| CHRISTOPHER R. INVIDIATA | MARITANNA ISAKOV | SAMUEL VODOPIA |
| REBECCA J. ROSEDALE □ | CHARLOTTE KAYSEN | BRIANNA WEPPLER |
| CRISTINA SOLLER | ROBERT MAROTTA | MICHAEL ZAITZ |
| AMANDA M. ZEFI □ | RORY MCMANUS | |
| LAWTON W. SQUIRES | | |
| ROBERT E. O'CONNOR | | _____ |
| CHRISTOPHER M. ROGERS | | □ ADMITTED IN NY AND NJ |
| DAWN C. FAILLACE-DILLON | | * ADMITTED IN NJ |
| JUSTIN E. ANGELINO | | » ADMITTED IN NY AND PA |
| GEORGE APRILAKIS | | + ADMITTED IN NY, NJ AND PA |
| CHARLES M. KERR | | |
| ROBERT S. WHITBECK | | OF COUNSEL |
| | | JOHN J. DUFFY (1925-2023) |
| | | MICHAEL B. TITOWSKY |

101 GREENWICH STREET
NEW YORK, NY 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

NASSAU
1 OLD COUNTRY ROAD
CARLE PLACE, NY 11514

SUFFOLK
ONE HUNTINGTON QUADRANGLE
MELVILLE, NY 11747

WESTCHESTER
445 HAMILTON AVENUE
WHITE PLAINS, NY 10601

GREENE
11 WHISPER CREEK DRIVE
WINDHAM, NY 12496

NEW JERSEY
744 FLOYD STREET
ENGLEWOOD CLIFFS, NJ 07632

August 14, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2025
```

Honorable Nelson Stephen Roman
United States District Court Southern District
300 Quarropas Street
White Plains, New York 10601-4150



Re:  **<u>Darnell R. Hicks v. J. Marques #154, et. al.</u>**
     *Docket No.: 7:24-cv-07890- NSR*

Dear Judge Roman:

We represent the defendants, J. MARQUES #154 and MALFETANO #170 in the above matter. Please allow this letter to serve as a status update pursuant to the Court's directive. The criminal charges against the *ProSe* Plaintiff arising from this incident are still pending in state court. We have been advised that the matter is currently scheduled for a hearing on September 2, 2025. Given same, we respectfully request that the stay continue to be extended until the conclusion of these state court proceedings, or the matter dismissed without prejudice pursuant to the Supreme Court's decision in <u>Younger v. Harris</u>, 401 U.S. 37 (1971).

Thank you for considering my clients' position in this matter. Should the court require additional briefing on this issue, we respectfully request that this letter be construed as a request for a pre-motion conference request under Your Honor's Individual Rules of Practice.

**Defendants' request for an extension of the stay is GRANTED without prejudice to renew. The instant action shall be stayed until September 3, 2025 at which time the parties are directed to provide the Court with a status update of the pending state criminal proceedings and their effect on the instant action. The Clerk of Court is directed to terminate the motion at ECF No. 25 and to mail a copy of this endorsement to** *pro se* **Plaintiff at his address as it is listed on ECF and to show service on the docket.**

Dated: August 18, 2025
       White Plains, NY

*[signature]*
NELSON S. ROMÁN
United States District Judge

        Respectfully submitted,
        MORRIS DUFFY ALONSO FALEY & PITCOFF

        _/s/ Lauren Casparie_____
        Lauren Casparie
        101 Greenwich St. 22nd Floor
        New York, New York 10006
        *Counsel for Defendants*


CC:   **VIA EMAIL AND CERTIFIED MAIL**
       Darnell R. Hicks
       *Pro se Plaintiff*
       901 Main Street, Apt. 6C
       Peekskill, NY 10566
       E: stizzy730@gmail.com