

| | | |
|---|---|---|
| KEVIN G. FALEY<br>ANDREA M. ALONSO □<br>KENNETH E. PITCOFF<br>PATRICIA E. PERMAKOFF<br>KEVIN F. MAHON<br>MICHAEL V. CAMPANILE<br>LINA C. ROSSILLO<br>JAMES A. PANNONE □<br>EDWARD J. HARRINGTON<br>WILLIAM J. MANNING, JR.<br>DONNA M. WHITE<br>MARK A. HEALY<br>ALLYSON P. LUBELL<br>GAIL S. KARAN<br>JENNA L. MASTRODDI □<br>ELIZABETH A. FILARDI<br>IRYNA S. KRAUCHANKA<br>DORIS RIOS DUFFY<br>JEOUNGSON KIM<br>CHRISTOPHER R. INVIDIATA<br>REBECCA J. ROSEDALE □<br>CRISTINA SOLLER<br>AMANDA M. ZEFI □<br>LAWTON W. SQUIRES<br>ROBERT E. O'CONNOR<br>CHRISTOPHER M. ROGERS<br>DAWN C. FAILLACE-DILLON<br>JUSTIN E. ANGELINO<br>GEORGE APRILAKIS<br>CHARLES M. KERR<br>ROBERT S. WHITBECK | **MORRIS DUFFY ALONSO FALEY & PITCOFF**<br><br>101 GREENWICH STREET<br>NEW YORK, NY 10006<br>(212) 766-1888<br>FAX (212) 766-3252<br>WWW.MDAFNY.COM<br><br>NASSAU<br>1 OLD COUNTRY ROAD<br>CARLE PLACE, NY 11514<br><br>SUFFOLK<br>ONE HUNTINGTON QUADRANGLE<br>MELVILLE, NY 11747<br><br>WESTCHESTER<br>445 HAMILTON AVENUE<br>WHITE PLAINS, NY 10601<br><br>GREENE<br>11 WHISPER CREEK DRIVE<br>WINDHAM, NY 12496<br><br>NEW JERSEY<br>744 FLOYD STREET<br>ENGLEWOOD CLIFFS, NJ 07632 | SAMAN ASLAM<br>ROBERT J. BARD<br>MEGAN K. BERNARDO<br>TESLA CARRASQUILLO<br>LAUREN CASPARIE<br>JOAN M. COCHA □<br>NATALIE CORRISS<br>JOSH CORTAVARRIA<br>MICHAEL A. CZOLACZ<br>NAOMI DANIELS<br>ARDINEZ A. DOMGJONI□<br>ARIANNA EFSTATHIOU<br>PATRICK FINLEY<br>VINCENT D. FINNEGAN<br>FRANK H. FOSTER<br>IRA E. GOLDSTEIN<br>ELIZABETH A. GRIFFIN<br>MICHAEL HARTMAN<br>OLIVIA R. HELLERICH□<br>MARITANNA ISAKOV<br>CHARLOTTE KAYSEN<br>ROBERT MAROTTA<br>RORY MCMANUS | CHRISTOPHER NAHAS<br>GREGORY S. NELSON<br>BRIAN R. O'CONNOR<br>MARISSA PADOVANO<br>ANTHONY PALMIOTTO<br>TAMAR S. PELTZ<br>PATRICK PRAGER<br>TIMOTHY PRYOR<br>ROBERT J. REILLY<br>DANIELLE J. REISS+<br>TATIANA SAMSONOVA-BELLO<br>YEKATERINA SAPSON □<br>STEPHEN L. SCHIOPPI<br>DAVINDERPAL SINGH<br>RICHARD E. STIEK □<br>GARY M. SUNSHINE<br>INNA V. TERES<br>VIKTORIYA UKHOVA<br>MICHAEL A. VICARIO^<br>SAMUEL VODOPIA<br>BRIANNA WEPPLER<br>MICHAEL ZAITZ<br><br>_____<br>□ ADMITTED IN NY AND NJ<br>* ADMITTED IN NJ<br>» ADMITTED IN NY AND PA<br>+ ADMITTED IN NY, NJ AND PA<br><br>OF COUNSEL<br>JOHN J. DUFFY (1925-2023)<br>MICHAEL B. TITOWSKY |

September 3, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/4/2025

Honorable Nelson Stephen Roman
United States District Court Southern District
300 Quarropas Street
White Plains, New York 10601-4150

**MEMO ENDORSED**

      Re: **_Darnell R. Hicks v. J. Marques #154, et. al._**
            *Docket No.: 7:24-cv-07890- NSR*

Dear Judge Roman:

    We represent the defendants, J. MARQUES #154 and MALFETANO #170 in the above matter. Please allow this letter to serve as a status update pursuant to the Court's directive. The criminal charges against the *ProSe* Plaintiff arising from this incident are still pending in state court. We have been advised that the matter has been adjourned for a hearing on September 30, 2025. Given same, we respectfully request that the stay continue to be extended until the conclusion of these state court proceedings, or the matter dismissed without prejudice pursuant to the Supreme Court's decision in Younger v. Harris, 401 U.S. 37 (1971).

    Thank you for considering my clients' position in this matter. Should the court require additional briefing on this issue, we respectfully request that this letter be construed as a request for a pre-motion conference request under Your Honor's Individual Rules of Practice.

(see p. 2)

        Respectfully submitted,
        MORRIS DUFFY ALONSO FALEY & PITCOFF

        /s/ Lauren Casparie_____
        Lauren Casparie
        101 Greenwich St. 22nd Floor
        New York, New York 10006
        *Counsel for Defendants*

CC: **VIA EMAIL AND CERTIFIED MAIL**
    Darnell R. Hicks
    *Pro se Plaintiff*
    901 Main Street, Apt. 6C
    Peekskill, NY 10566
    E: stizzy730@gmail.com

**Defendants' request for an extension of the stay is GRANTED without prejudice to renew. The instant action shall be stayed until November 30, 2025 at which time the parties are directed to provide the Court with a detailed status update of the pending state criminal proceedings and their effect on the instant action. The Clerk of Court is directed to terminate the motion at ECF No. 27 and to mail a copy of this endorsement to pro se Plaintiff at his address as it is listed on ECF and to show service on the docket.** SO ORDERED:

**Dated: September 4, 2025**
**White Plains, New York**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE