USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/10/2026__

![mdafp logo] **mdafp**
MORRIS DUFFY ALONSO FALEY & PITCOFF

101 Greenwich Street, 22 Fl.
New York, NY 10006
t. 212.766.1888
f. 212.766.3252
www.mdafny.com

**Lauren Casparie**
Attorney
lcasparie@mdafny.com
M. 917.509.9713

April 6, 2026

Honorable Nelson Stephen Roman
United States District Court Southern District
300 Quarropas Street
White Plains, New York 10601-4150

**MEMO ENDORSED**

Re:     ***Darnell R. Hicks v. J. Marques #154, et. al.***
        *Docket No.: 7:24-cv-07890- NSR*

Dear Judge Roman:

We represent the defendants, J. MARQUES #154 and MALFETANO #170 in the above matter. Please allow this letter to serve as a status update pursuant to the Court's directive. We have been advised that the criminal charges against the *ProSe* Plaintiff arising from this incident are still pending in state court. Specifically, the case was adjourned to April 21, 2026. Given same, we respectfully request that the stay continue to be extended until the conclusion of these state court proceedings, or the matter dismissed without prejudice pursuant to the Supreme Court's decision in Younger v. Harris, 401 U.S. 37 (1971).

Thank you for considering my clients' position in this matter. Should the court require additional briefing on this issue, we respectfully request that this letter be construed as a request for a pre-motion conference request under Your Honor's Individual Rules of Practice.

**The Court acknowledges Plaintiff's opposition to Defendants J. Marques #154's and Malfetano #170's motion to stay (ECF No. 47). Defendants request for an extension of the stay is GRANTED without prejudice to renew. The instant action shall be stayed for 60 days, until June 9, 2026, by which time the parties are directed to provide the Court with a status update of the pending state criminal proceedings and their effect on the instant action. The Clerk of Court is directed to terminate the motion at ECF No. 46.**

SO ORDERED:

**Dated: April 10, 2026
White Plains, New York**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
MORRIS DUFFY ALONSO FALEY & PITCOFF

 /s/ Lauren Casparie
Lauren Casparie
101 Greenwich St. 22nd Floor
New York, New York 10006
*Counsel for Defendants*

CC:    **<u>VIA EMAIL</u>**
Darnell R. Hicks
*Pro se Plaintiff*
901 Main Street, Apt. 6C
Peekskill, NY 10566
E: stizzy730@gmail.com