USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/2026

mdafp
MORRIS DUFFY ALONSO FALEY & PITCOFF

f. 212.766.3252
www.mdafny.com

Lauren Casparie
Attorney
lcasparie@mdafny.com
M. 917.509.9713

September 30, 2026

Honorable Nelson Stephen Roman
United States District Court Southern District
300 Quarropas Street
White Plains, New York 10601-4150

MEMO ENDORSED

*Re:* ***Darnell R. Hicks v. J. Marques #154, et. al.***
*Docket No.: 7:24-cv-07890- NSR*

Dear Judge Roman:

We represent the defendants, J. MARQUES #154 and MALFETANO #170 in the above matter. Please allow this letter to serve as a status update pursuant to the Court's directive. We have been advised that the criminal charges against the *ProSe* Plaintiff arising from this incident are still pending in state court. Specifically, the case was adjourned to October 6, 2026. Given same, we respectfully request that the stay continue to be extended until the conclusion of these state court proceedings, or the matter dismissed without prejudice pursuant to the Supreme Court's decision in Younger v. Harris, 401 U.S. 37 (1971).

Thank you for considering my clients' position in this matter. Should the court require additional briefing on this issue, we respectfully request that this letter be construed as a request for a pre-motion conference request under Your Honor's Individual Rules of Practice.

Respectfully submitted,
MORRIS DUFFY ALONSO FALEY & PITCOFF

/s/ *Lauren Casparie*
Lauren Casparie
101 Greenwich St. 22nd Floor
New York, New York 10006
*Counsel for Defendants*

**The parties are kindly directed to file a status update on the state court proceedings on or before December 1, 2026.**

**The clerk of court is kindly directed to terminate the motion at ECF No. 53.**

**Dated: October 1, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

CC: **VIA EMAIL**

Darnell R. Hicks
*Pro se Plaintiff*
901 Main Street, Apt. 6C
Peekskill, NY 10566
E: stizzy730@gmail.com